AO 245D (Rev. 02/18)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
### Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| SANUEL MARTINEZ | Case No. 1:13cr82-WKW-SMD-5 |
| | USM No. 14658-002 |
| | Stephen Ganter |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☒ was found in violation of condition(s) count(s) 1 thru 7 after pleading no contendere.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Concealing a Falsification Device for Drug Testing | 07/21/2023 |
| 2 | Positive Drug Test for Marijuana and Methamphetamine | 07/21/2023 |
| 3 | Arrest for Domestic Violence 3rd Degree | 07/24/2023 |
| 4 | Unlawful Possession of a Controlled Substance | 07/25/2023 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1082

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:
Slocomb, Alabama

01/19/2024
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. Keith Watkins, United States District Judge
Name and Title of Judge

01/20/2024
Date

AO 245D (Rev. 02/18)     Judgment in a Criminal Case for Revocations
                         Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: SANUEL MARTINEZ
CASE NUMBER: 1:13cr82-WKW-SMD-5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Unlawful Possession of Marijuana 2nd Degree | 07/25/2023 |
| 6 | Possession of Drug Paraphernalia | 07/25/2023 |
| 7 | Possession of Methamphetamine, Marijuana and Drug Paraphernalia | 07/25/2023 |

Judgment — Page 3 of 3

DEFENDANT: SANUEL MARTINEZ
CASE NUMBER: 1:13cr82-WKW-SMD-5

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

7 Mos.  This term of imprisonment shall run consecutively to any sentence not yet imposed in the pending cases in Houston County, Alabama, and Henry County, Alabama, the charges of which formed the basis of this revocation. The term of supervised release imposed on February 5, 2014 is revoked with no term of supervised release to follow.

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m. on _____.

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____.

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL